**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JOHN NERWICH, *et al.*, | § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:20-cv-02844-M |
| v. | § § | |
| FORD MOTOR COMPANY, | § § | JURY DEMANDED |
| *Defendant.* | § § § | |

**STATEMENT REGARDING CONSOLIDATION
WITH OTHER FORD DIESEL EMISSIONS CASES**

Pursuant to the Court's request, Plaintiffs file the following response to the Court's inquiry about whether the parties want this case to be consolidated with the other Ford diesel emissions cases pending before this Court:

1.      This action was removed from state court to federal court on September 14, 2020. On September 21, 2020, the Court issued an order instructing the parties to provide the Court with a written response as to whether each party wished to have this action consolidated with five other removed actions also before this Court (3:20-cv-02838-M, 3:20-cv-02839-M, 3:20-cv-02840-M, 3:20-cv-02843-M, 3:20-cv-02844-M; 3:20-cv-02845-M).

2.      Pursuant to Fed. R. Civ. P. 42, Plaintiffs believe that this case should be consolidated with the other Ford diesel emissions cases pending before this Court because: (1) there are two or more cases; (2) the cases involve common questions of law and fact; and (3) the benefits of consolidation outweigh the burdens.

3.      Currently, six diesel emissions cases are pending before this Court. The Plaintiffs anticipate that additional Ford emissions cases will be filed and may be removed to this Court.

4.      The Ford diesel emissions cases involve common questions of law and fact.  Each of the cases involves the same set of operative facts and the same causes of action.  In each case, the Plaintiffs allege that Ford used a device to conceal excess NOx emissions in its 2011-17 Ford F-250, F-350 and F-450 Super Duty diesel trucks.  Each case includes causes of action for fraud and violations of the Texas Deceptive Trade Practices Act.  In the Volkswagen and FCA EcoDiesel diesel emissions cases (which involved similar allegations of diesel emissions fraud), the cases were consolidated in multi-district litigations.  *See* 15-MD-2672 (N.D. Cal.) (Breyer, C.); 17-M.D.-2777 (N.D. Cal.) (Chen, E.).

5.      Plaintiffs believe that, as in the Volkswagen and FCA EcoDiesel cases, the benefits of consolidation outweigh the burdens because:

a)      The risk of inconsistent adjudication if the cases are tried separately outweighs any prejudice of trying them together;

b)      Consolidation will not burden the parties or the witnesses.  To the contrary, trying the cases separately would reduce the burden on the parties by reducing the expense and delay associated with separate trials;

c)      Consolidation will conserve judicial resources;

d)      Consolidation would resolve the cases in less time than if they were tried separately.  Each case involves the same factual allegations and legal claims and would involve the same expert testimony concerning NOx emissions and damages; and

e)      Consolidation would be less expensive than trying the cases separately.  Plaintiffs anticipate that the trials will involve competing expert testimony from the same experts regarding NOx emissions and damages.  Consolidating the cases would greatly reduce the expenses by eliminating the need for the same experts to testify about the same issues in six separate trials.

6.      Defendant Ford opposes consolidation.

**WHEREFORE**, Plaintiffs pray that this Court consolidate the Ford diesel emissions cases.

Respectfully submitted,


*/s/ Eric D. Pearson*
ERIC D. PEARSON
State Bar No. 15690472
eric@hop-law.com
CHARLES W. MILLER
State Bar No. 24007677
charles@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 N. State Hwy 161, Ste. 450
Irving, TX 75038
(214) 237-9001
(214) 237-9001 (FAX)

**PATRICK LAW FIRM, P.C.**
Craig M. Patrick
State Bar No. 00792743
6244 E. Lovers Lane
Dallas, Texas75214
Phone:  (214) 390-3343
Fax:  (469) 914-6565
craig@patricklaw.com

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Ford's Counsel, and an agreement could not be reached regarding the consolidation of the cases.

*/s/ Eric D. Pearson*
ERIC D. PEARSON


## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I served the following document on all counsel of record via electronic notice and/or facsimile pursuant to and in accordance with the Federal Rules of Civil Procedure.

*/s/ Eric D. Pearson*
ERIC D. PEARSON

3